NUMBER 13-00-005-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________ 


RICHARD FREEMAN , Appellant, 



v.

 
GWENDOLYN JOY DUNGAN , Appellee. 

____________________________________________________________________ 


On appeal from the 309th District Court

of Harris County, Texas.

____________________________________________________________________ 



O P I N I O N

 

Before Justices Hinojosa, Yañez, and Chavez

Opinion Per Curiam



Appellant, RICHARD FREEMAN , perfected an appeal from a judgment entered by the 309th District Court of Harris
County, Texas, in cause number 9912127 . After the notice of appeal was filed, appellant filed a motion to dismiss the
appeal. 

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 4th day of May, 2000 .